UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re: HOLDER, J. F.<br>HOLDER, RIBBON R.<br><br>Debtor(s) | § Case No. 08-26187<br>§<br>§<br>§ |

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that MICHAEL G. BERLAND, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
219 S. Dearborn
Chicago, IL

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 09:15am on 07/23/2010 in Courtroom 201, United States Courthouse, Will County Court Annex Building
57 N. Otttawa Street, Suite 201
Joliet, IL .
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 06/18/2010        By:  /s/ Michael G. Berland
                                    Trustee

MICHAEL G. BERLAND
1 NORTH LASALLE STREET
STE 1775
CHICAGO, IL  60602
(312) 855-1272


UST Form 101-7-NFR (9/1/2009)

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: HOLDER, J. F.<br>　　　HOLDER, RIBBON R.<br><br>Debtor(s) | §<br>§<br>§<br>§ | Case No. 08-26187 |

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

| | |
|---|---|
| *The Final Report shows receipts of* | $   10,815.73 |
| *and approved disbursements of* | $    1,960.00 |
| *leaving a balance on hand of* [1] | $    8,855.73 |

Claims of secured creditors will be paid as follows:

*Claimant*                                             *Proposed Payment*
　　　　　　　　　　　　　　N/A

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | | *Fees* | *Expenses* |
|---|---|---|---|
| *Trustee* | MICHAEL G. BERLAND | $ 1,685.52 | $ |
| *Attorney for trustee* | | $ | $ |
| *Appraiser* | | $ | $ |
| *Auctioneer* | | $ | $ |
| *Accountant* | | $ | $ |
| *Special Attorney for trustee* | | $ | $ |
| *Charges,* | U.S. Bankruptcy Court | $ | $ |
| *Fees,* | United States Trustee | $ | $ |
| *Other* | | $ | $ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

*Reason/Applicant*                  *Fees*                  *Expenses*

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (9/1/2009)**

| | | | |
|---|---|---|---|
| *Attorney for debtor* | _____ | $_____ | $_____ |
| *Attorney for* | _____ | $_____ | $_____ |
| *Accountant for* | _____ | $_____ | $_____ |
| *Appraiser for* | _____ | $_____ | $_____ |
| *Other* | _____ | $_____ | $_____ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| | N/A | | |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 22,021.40 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 32.6 percent.

Timely allowed general (unsecured) claims are as follows:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| 2 | Numark Credit Union | $ 18,771.42 | $ 6,111.56 |
| 3 | Recovery Management Systems For GE Money Bank | $ 3,000.57 | $ 976.92 |
| 4 | Joliet Radiation Oncology | $ 249.41 | $ 81.20 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|

**UST Form 101-7-NFR (9/1/2009)**

N/A

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

*Claim Number    Claimant                              Allowed Amt. of Claim    Proposed Payment*
N/A

The amount of surplus returned to the debtor after payment of all claims and interest is $0.00.

Prepared By: /s/MICHAEL G. BERLAND
Michael G Berland

MICHAEL G. BERLAND
1 NORTH LASALLE STREET
STE 1775
CHICAGO, IL  60602
(312) 855-1272

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (9/1/2009)**

# CERTIFICATE OF NOTICE

```
District/off: 0752-1           User: ahamilton              Page 1 of 1                   Date Rcvd: Jun 21, 2010
Case: 08-26187                 Form ID: pdf006              Total Noticed: 27

The following entities were noticed by first class mail on Jun 23, 2010.
db/jdb        +J. F. Holder,   Ribbon R. Holder,   406 E. Farimont,    Lockport, IL 60441-5021
aty           +John C Renzi,   June Prodehl & Renzi LLC,   1861 Black Road,    Joliet, IL 60435-3591
tr            +Michael G Berland,   1 N LaSalle St, No.1775,   Chicago, IL 60602-4065
12662370      +American Recovery System,   1699 Wall Street, Ste 3,    Mount Prospect, IL 60056-6213
12662371      +Aurora Loan,   P.O. Box 1706,   Scottsbluff, NE 69363-1706
12662372      +BYL Collection Services,   301 Lacey Street,   West Chester, PA 19382-3727
12662373      +Cab Services,   60 Barney Drive,   Joliet, IL 60435-6402
12662374      +Chase Home Finance,   3415 Vision Drive,    Columbus, OH 43219-6009
12662375      +Chase Manhattan Mortgage,   3415 Vision Drive,    Columbus, OH 43219-6009
12662376      +Citi Corporation Trust Bank,   5280 Corporate Drive,    Frederick, MD 21703-8351
12662377      +Citizens Auto Finance,   480 Jefferson Blvd,   Warwick, RI 02886-1359
12662379      +Countrywide Home Loans,   450 American Street,   Simi Valley, CA 93065-6285
12662381       Dish Network,   Dept. 0063,   Palatine, IL 60055-0063
12662383      +Green Point Mortgage,   c/o Heavner Scott & Mihlar LLC,    111 E. Main Street, Suite 200,
                Decatur, IL 62523-1339
12662384      +Joliet Radiation Oncology,   P.O. Box 379,   Orland Park, IL 60462-0379
12662385      +Mr. and Mrs. Andre Holder,   406 Holland,   Joliet, IL 60436-4515
12662386      +Numark Credit Union,   P.O. Box 2729,   Joliet, IL 60434-2729
12662388      +Peoples Energy,   130 E. Randolph,   Chicago, IL 60601-6302
12662389       Saxon Mortgage Services,   P.O. Box 961105,   Fort Worth, TX 76161-0105
12662391      +Saxon Mortgage Systems,   4708 Nercantile Drive,   Fort Worth, TX 76137-3605
12662392      +Silver Cross Hospital,   1200 Maple Road,   Joliet, IL 60432-1497
12662394      +Silverleaf Resort,   P.O. Box 359,   Dallas, TX 75221-0359
12662395      +Wells Fargo Bank N.A.,   HSBC Bank USA National Association,    c/o Pierce & Associates P.C.,
                1 North Dearborn Suite 1300,   Chicago, Illinois 60602-4321
12662396      +Wells Fargo Mortgage,   3480 Stateview Blvd,   Fort Mill, SC 29715-7204
The following entities were noticed by electronic transmission on Jun 21, 2010.
12662380      +E-mail/PDF: megan@cbcnv.com Jun 22 2010 01:32:39     Credit Bureau Central,   P.O. Box 29299,
                Las Vegas, NV 89126-3299
12662382      +E-mail/PDF: gecsedi@recoverycorp.com Jun 22 2010 01:28:25     GE Money Bank,   P.O. Box 960061,
                Orlando, FL 32896-0061
13543049      +E-mail/PDF: rmscedi@recoverycorp.com Jun 22 2010 01:28:26
                Recovery Management Systems Corporation,   For GE Money Bank,    dba CARE CREDIT/GEMB,
                25 SE 2nd Ave Ste 1120,   Miami FL 33131-1605
                                                                                               TOTAL: 3

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
12662378       City of Chicago,   Department of Water
aty*          +Michael G Berland,   1 N LaSalle St, No.1775,   Chicago, IL 60602-4065
12662387*     +Numark Credit Union,   P.O. Box 2729,   Joliet, IL 60434-2729
12662390*      Saxon Mortgage Services,   P.O. Box 961105,   Fort Worth, TX 76161-0105
12662393*     +Silver Cross Hospital,   1200 Maple Road,   Joliet, IL 60432-1497
                                                                                               TOTALS: 1, * 4
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 23, 2010**                        **Signature:** *Joseph Speetjens*