**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: HOLDER, J. F. | § | Case No. 08-26187 |
| HOLDER, RIBBON R. | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

    MICHAEL G. BERLAND, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $1,668,655.00 *(without deducting any secured claims)* | Assets Exempt: $40,015.00 |
| Total Distribution to Claimants: $7,171.07 | Claims Discharged Without Payment: $22,716.44 |
| Total Expenses of Administration: $2,185.52 | |

    3) Total gross receipts of $ 10,816.59 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 1,460.00 (see **Exhibit 2**), yielded net receipts of $9,356.59 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $3,230,435.48 | $1,937.99 | $0.00 | $0.00 |
| PRIORITY CLAIMS: |  |  |  |  |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 2,185.52 | 2,185.52 | 2,185.52 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 15,253.43 | 22,021.40 | 22,021.40 | 7,171.07 |
| **TOTAL DISBURSEMENTS** | $3,245,688.91 | $26,144.91 | $24,206.92 | $9,356.59 |

    4) This case was originally filed under Chapter 7 on September 30, 2008. The case was pending for 37 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 10/20/2011     By: /s/MICHAEL G. BERLAND
                                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Variable annuity-unscheduled-l | 1229-000 | 10,809.89 |
| Interest Income | 1270-000 | 6.70 |
| **TOTAL GROSS RECEIPTS** | | **$10,816.59** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| J.f. & Ribbon Holder | Payment of exemption per court order | 8100-002 | 1,460.00 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$1,460.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Numark Credit Union | 4110-000 | N/A | 1,937.99 | 0.00 | 0.00 |
| 5NOTFILE | ALL SECURED CLAIMANTS LSITED ON SCHEDULE D | 4110-000 | 1,615,217.74 | N/A | N/A | 0.00 |
| NOTFILED | Green Point Mortgage c/o Heavner Scott & Mihlar LLC | 4110-000 | 264,865.98 | N/A | N/A | 0.00 |
| NOTFILED | Countrywide Home Loans | 4110-000 | 35,505.00 | N/A | N/A | 0.00 |
| NOTFILED | Chase Manhattan Mortgage | 4110-000 | 202,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Citi Corporation Trust Bank | 4110-000 | 112,250.00 | N/A | N/A | 0.00 |
| NOTFILED | Numark Credit Union | 4110-000 | 24,316.00 | N/A | N/A | 0.00 |
| NOTFILED | Saxon Mortgage Services | 4110-000 | 26,540.00 | N/A | N/A | 0.00 |
| NOTFILED | Wells Fargo Bank | 4110-000 | 68,900.00 | N/A | N/A | 0.00 |
| NOTFILED | Wells Fargo Mortgage | 4110-000 | 206,655.00 | N/A | N/A | 0.00 |
| NOTFILED | Saxon Mortgage Systems | 4110-000 | 213,000.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| NOTFILED | Silverleaf Resort | 4110-000 | 7,045.26 | N/A | N/A | 0.00 |
| NOTFILED | Saxon Mortgage Services | 4110-000 | 26,288.00 | N/A | N/A | 0.00 |
| NOTFILED | Chase Home Finance | 4110-000 | 210,218.00 | N/A | N/A | 0.00 |
| NOTFILED | Citizens Auto Finance | 4110-000 | 28,256.00 | N/A | N/A | 0.00 |
| NOTFILED | Aurora Loan | 4110-000 | 189,378.50 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$3,230,435.48** | **$1,937.99** | **$0.00** | **$0.00** |

### EXHIBIT 4 − CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| MICHAEL G. BERLAND | 2100-000 | N/A | 1,685.52 | 1,685.52 | 1,685.52 |
| Gloria Longest | 3410-000 | N/A | 500.00 | 500.00 | 500.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 2,185.52 | 2,185.52 | 2,185.52 |

### EXHIBIT 5 − PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | 0.00 | 0.00 | 0.00 |

### EXHIBIT 6 − PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | 0.00 | 0.00 | 0.00 | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBIT 7 –GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | Numark Credit Union | 7100-000 | 2,162.00 | 18,771.42 | 18,771.42 | 6,112.74 |
| 3 | Recovery Management Systems For GE Money Bank | 7100-000 | N/A | 3,000.57 | 3,000.57 | 977.11 |
| 4 | Joliet Radiation Oncology | 7100-000 | 249.41 | 249.41 | 249.41 | 81.22 |
| 6NOTFIL | AMERICAN RECOVERY SYSTEM | 7100-000 | 205.00 | N/A | N/A | 0.00 |
| 10NOTFIL | CREDIT BUREAU CENTRAL | 7100-000 | 493.00 | N/A | N/A | 0.00 |
| 11NOTFIL | DISH NETWORK | 7100-000 | 60.92 | N/A | N/A | 0.00 |
| 12NOTFIL | PEOPLE'S ENERGY | 7100-000 | 1,538.00 | N/A | N/A | 0.00 |
| 13NOTFIL | SILVER CROSS HOSPITAL | 7100-000 | 1,092.00 | N/A | N/A | 0.00 |
| 14NOTFIL | SILVER CROSS HOSPITAL | 7100-000 | 347.33 | N/A | N/A | 0.00 |
| 7NOTFILE | BYL COLLECTION SERVICES | 7100-000 | 73.00 | N/A | N/A | 0.00 |
| 8NOTFILE | CAB SERVICES | 7100-000 | 600.00 | N/A | N/A | 0.00 |
| 9NOTFILE | CITY OF CHICAGO | 7100-000 | 566.66 | N/A | N/A | 0.00 |
| NOTFILED | City of Chicago Department of Water | 7100-000 | 566.66 | N/A | N/A | 0.00 |
| NOTFILED | Credit Bureau Central | 7100-000 | 493.00 | N/A | N/A | 0.00 |
| NOTFILED | Cab Services | 7100-000 | 600.00 | N/A | N/A | 0.00 |
| NOTFILED | BYL Collection Services | 7100-000 | 73.00 | N/A | N/A | 0.00 |
| NOTFILED | Dish Network | 7100-000 | 60.92 | N/A | N/A | 0.00 |
| NOTFILED | Silver Cross Hospital | 7100-000 | 1,092.95 | N/A | N/A | 0.00 |
| NOTFILED | Silver Cross Hospital | 7100-000 | 347.23 | N/A | N/A | 0.00 |
| NOTFILED | Peoples Energy | 7100-000 | 1,538.00 | N/A | N/A | 0.00 |
| NOTFILED | American Recovery System | 7100-000 | 205.00 | N/A | N/A | 0.00 |
| NOTFILED | GE Money Bank | 7100-000 | 2,889.35 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | 15,253.43 | 22,021.40 | 22,021.40 | 7,171.07 |

**UST Form 101-7-TDR (10/1/2010)**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 08-26187  
**Case Name:** HOLDER, J. F.  
              HOLDER, RIBBON R.  
**Period Ending:** 10/20/11

**Trustee:** (520196) MICHAEL G. BERLAND  
**Filed (f) or Converted (c):** 09/30/08 (f)  
**§341(a) Meeting Date:** 11/03/08  
**Claims Bar Date:** 04/13/09

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) | | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) DA=§554(c) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| Ref. # | | | | | | |
| 1 | 406 E. Fairmont-, Lockport-scheduled | 134,000.00 | 0.00 | DA | 0.00 | FA |
| 2 | 406 Holland, Joliet-scheduled | 275,000.00 | 0.00 | DA | 0.00 | FA |
| 3 | 9319 S. Clyde-Chicago-scheduled | 218,500.00 | 0.00 | DA | 0.00 | FA |
| 4 | 10730 S. Rhodes, Chicago-scheduled | 201,000.00 | 0.00 | DA | 0.00 | FA |
| 5 | 9321 S.Bishop, Chicago-scheduled | 219,500.00 | 0.00 | DA | 0.00 | FA |
| 6 | 9405 S. Elizabeth, Chicago-scheduled | 289,900.00 | 0.00 | DA | 0.00 | FA |
| 7 | 8337 S. Merrill-scheduled | 239,500.00 | 0.00 | DA | 0.00 | FA |
| 8 | Cash-scheduled | 50.00 | 0.00 | DA | 0.00 | FA |
| 9 | Harris checking-scheduled | 65.00 | 0.00 | DA | 0.00 | FA |
| 10 | Tenants secuirty depisit-scheduled | 1,740.00 | 0.00 | DA | 0.00 | FA |
| 11 | Household goods-scheduled | 975.00 | 0.00 | DA | 0.00 | FA |
| 12 | CD & DVD-scheduled | 50.00 | 0.00 | DA | 0.00 | FA |
| 13 | Wearing apparel-scheduled | 275.00 | 0.00 | DA | 0.00 | FA |
| 14 | Mink coat-scheduled | 500.00 | 0.00 | DA | 0.00 | FA |
| 15 | Jewelry-scheduled | 350.00 | 0.00 | DA | 0.00 | FA |
| 16 | Life Insurance-scheduled | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 17 | Caterpillar pension-scheduled | Unknown | 0.00 | DA | 0.00 | FA |
| 18 | IMRF-scheduled | 15,000.00 | 0.00 | DA | 0.00 | FA |
| 19 | Variable annuity-unscheduled-l  (u)<br>Listed originally as  fully exempt but Trustee determined it was an asset with a small exemption | 15,000.00 | 10,809.89 | | 10,809.89 | FA |
| 20 | IRA-scheduled | 4,000.00 | 0.00 | DA | 0.00 | FA |
| 21 | H & R. Block-scheduled | 3,400.00 | 0.00 | DA | 0.00 | FA |
| 22 | Outstanding rental-scheduled | Unknown | 0.00 | DA | 0.00 | FA |
| 23 | Social security-scheduled | 0.00 | 0.00 | DA | 0.00 | FA |
| 24 | 1997 Delville-scheduled | 3,000.00 | 0.00 | DA | 0.00 | FA |
| 25 | 2002 Mitsubishi-scheduled | 7,000.00 | 0.00 | DA | 0.00 | FA |
| 26 | 2003 CadillacEscalade lease-scheduled | 23,000.00 | 0.00 | DA | 0.00 | FA |

Exhibit 8

Page: 2

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 08-26187  
**Case Name:** HOLDER, J. F.  
HOLDER, RIBBON R.  
**Period Ending:** 10/20/11

**Trustee:** (520196) MICHAEL G. BERLAND  
**Filed (f) or Converted (c):** 09/30/08 (f)  
**§341(a) Meeting Date:** 11/03/08  
**Claims Bar Date:** 04/13/09

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 27 | 2007 Nissan Altima-scheduled | 24,000.00 | 0.00 | DA | 0.00 | FA |
| 28 | Lawnmower-schedule | 350.00 | 0.00 | DA | 0.00 | FA |
| 29 | Timeshare-scheduled | 6,500.00 | 0.00 | DA | 0.00 | FA |
| Int | INTEREST (u) | Unknown | N/A |  | 6.70 | Unknown |
| 30 | **Assets** Totals (Excluding unknown values) | **$1,683,655.00** | **$10,809.89** |  | **$10,816.59** | **$0.00** |

**Major Activities Affecting Case Closing:**

There is an annuity that was liquidated. The Ttrustee filed his Final Report and made the distribution to creditors in this case.

**Initial Projected Date Of Final Report (TFR):**    December 31, 2013    **Current Projected Date Of Final Report (TFR):**    December 31, 2013

Exhibit 9

## Form 2

### Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 08-26187  
**Case Name:** HOLDER, J. F.  
          HOLDER, RIBBON R.  
**Taxpayer ID #:** **-***4195  
**Period Ending:** 10/20/11

**Trustee:** MICHAEL G. BERLAND (520196)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****51-65 - Money Market Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 03/10/09 | {19} | Met Life | Payment of proceeds of annuity | 1229-000 | 10,809.89 | | 10,809.89 |
| 03/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.29 | | 10,810.18 |
| 04/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.44 | | 10,810.62 |
| 05/05/09 | 1001 | J.f. & Ribbon Holder | Payment of exemption per court order | 8100-002 | | 1,460.00 | 9,350.62 |
| 05/29/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.39 | | 9,351.01 |
| 06/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.40 | | 9,351.41 |
| 07/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.39 | | 9,351.80 |
| 08/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.39 | | 9,352.19 |
| 09/21/09 | 1002 | Gloria Longest | Payment of accountant per court order | 3410-000 | | 500.00 | 8,852.19 |
| 09/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.37 | | 8,852.56 |
| 10/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.36 | | 8,852.92 |
| 11/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.37 | | 8,853.29 |
| 12/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.37 | | 8,853.66 |
| 01/29/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.34 | | 8,854.00 |
| 02/26/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.33 | | 8,854.33 |
| 03/31/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.39 | | 8,854.72 |
| 04/06/10 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0500% | 1270-000 | 0.06 | | 8,854.78 |
| 04/06/10 | | Wire out to BNYM account 9200******5165 | Wire out to BNYM account 9200******5165 | 9999-000 | -8,854.78 | | 0.00 |

|  |  | ACCOUNT TOTALS | 1,960.00 | 1,960.00 | $0.00 |
|---|---|---|---|---|---|
|  |  | Less: Bank Transfers | -8,854.78 | 0.00 | |
|  |  | Subtotal | 10,814.78 | 1,960.00 | |
|  |  | Less: Payments to Debtors | | 1,460.00 | |
|  |  | NET Receipts / Disbursements | $10,814.78 | $500.00 | |

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

**Case Number:** 08-26187
**Case Name:** HOLDER, J. F.
HOLDER, RIBBON R.
**Taxpayer ID #:** **-***4195
**Period Ending:** 10/20/11

**Trustee:** MICHAEL G. BERLAND (520196)
**Bank Name:** JPMORGAN CHASE BANK, N.A.
**Account:** ***-*****51-66 - Checking Account
**Blanket Bond:** $5,000,000.00   (per case limit)
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| (No Transactions on File for this Period) | | | | | | | |
| | | | ACCOUNT TOTALS | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$0.00** | |

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 3

| **Case Number:** | 08-26187 | | **Trustee:** | MICHAEL G. BERLAND (520196) |
|---|---|---|---|---|
| **Case Name:** | HOLDER, J. F. | | **Bank Name:** | The Bank of New York Mellon |
| | HOLDER, RIBBON R. | | **Account:** | 9200-******51-65 - Money Market Account |
| **Taxpayer ID #:** | **-***4195 | | **Blanket Bond:** | $5,000,000.00   (per case limit) |
| **Period Ending:** | 10/20/11 | | **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 04/06/10 | | Wire in from JPMorgan Chase Bank, N.A. account ********5165 | Wire in from JPMorgan Chase Bank, N.A. account ********5165 | 9999-000 | 8,854.78 | | 8,854.78 |
| 04/30/10 | Int | The Bank of New York Mellon | Interest posting at  0.0700% | 1270-000 | 0.42 | | 8,855.20 |
| 05/28/10 | Int | The Bank of New York Mellon | Interest posting at  0.0700% | 1270-000 | 0.53 | | 8,855.73 |
| 06/30/10 | Int | The Bank of New York Mellon | Interest posting at  0.0700% | 1270-000 | 0.51 | | 8,856.24 |
| 07/20/10 | Int | The Bank of New York Mellon | Current Interest Rate is  0.0700% | 1270-000 | 0.35 | | 8,856.59 |
| 07/20/10 | | To Account #9200******5166 | Transfer for purpose of Final Report distribution | 9999-000 | | 8,856.59 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 8,856.59 | 8,856.59 | $0.00 |
| | | | Less: Bank Transfers | | 8,854.78 | 8,856.59 | |
| | | | **Subtotal** | | 1.81 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$1.81** | **$0.00** | |

{} Asset reference(s)                                                                                         Printed: 10/20/2011 02:05 PM    V.12.57

Exhibit 9

# Form 2
## Cash Receipts And Disbursements Record

Page: 4

**Case Number:** 08-26187  
**Case Name:** HOLDER, J. F.  
HOLDER, RIBBON R.  
**Taxpayer ID #:** **-***4195  
**Period Ending:** 10/20/11  

**Trustee:** MICHAEL G. BERLAND (520196)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******51-66 - Checking Account  
**Blanket Bond:** $5,000,000.00   (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 07/20/10 | | From Account #9200******5165 | Transfer for purpose of Final Report distribution | 9999-000 | 8,856.59 | | 8,856.59 |
| 07/26/10 | 10101 | MICHAEL G. BERLAND | Dividend paid 100.00% on $1,685.52, Trustee Compensation;  Reference: | 2100-000 | | 1,685.52 | 7,171.07 |
| 07/26/10 | 10102 | Numark Credit Union | Dividend paid  32.56% on $18,771.42; Claim# 2; Filed: $18,771.42; Reference: | 7100-000 | | 6,112.74 | 1,058.33 |
| 07/26/10 | 10103 | Recovery Management Systems For GE Money Bank | Dividend paid  32.56% on $3,000.57; Claim# 3; Filed: $3,000.57; Reference: | 7100-000 | | 977.11 | 81.22 |
| 07/26/10 | 10104 | Joliet Radiation Oncology | Dividend paid  32.56% on $249.41; Claim# 4; Filed: $249.41; Reference: | 7100-000 | | 81.22 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 8,856.59 | 8,856.59 | $0.00 |
| | | | Less: Bank Transfers | | 8,856.59 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 8,856.59 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | $0.00 | $8,856.59 | |

|  |  |
|---|---:|
| Net Receipts : | 10,816.59 |
| Less Payments to Debtor : | 1,460.00 |
| Net Estate : | $9,356.59 |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---:|---:|---:|
| MMA # ***-*****51-65 | 10,814.78 | 500.00 | 0.00 |
| Checking # ***-*****51-66 | 0.00 | 0.00 | 0.00 |
| MMA # 9200-******51-65 | 1.81 | 0.00 | 0.00 |
| Checking # 9200-******51-66 | 0.00 | 8,856.59 | 0.00 |
| | $10,816.59 | $9,356.59 | $0.00 |

{} Asset reference(s)

Printed: 10/20/2011 02:05 PM    V.12.57